# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 96-2525

_____

Bahiya Hiba Shakur,                        *
                                           *
            Appellant,                     *    Appeal from the United States
                                           *    District Court for the
      v.                                   *    Western District of Missouri.
                                           *
United States of America,                  *         [UNPUBLISHED]
                                           *
            Appellee.                      *

_____

Submitted:  April 15, 1997

Filed:  April 17, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

Bahiya Hiba Shakur appeals from the denial by the District Court[1] of her motion seeking the return of forfeited property pursuant to Federal Rule of Criminal Procedure 41(e).  Having carefully reviewed the record and Shakur's arguments on appeal, we conclude that the District Court correctly denied relief.  Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.  We also deny Shakur's motion for appointment of counsel and for oral argument.

---

[1]The Honorable D. Brook Bartlett, Chief Judge, United States District Court for the Western District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT